UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 23-8140-BER

FILED BY ___TM___ D.C.

Mar 11, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

IN RE SEALED COMPLAINT

_____/

### SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the attached complaint, affidavit, arrest warrant, and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the attached complaint, affidavit, arrest warrant, and this order, shall be filed under seal until the arrest of the defendant or until further order of this Court. The United States Attorney's Office, the Department of Justice, and any other relevant law enforcement agency may obtain copies of complaint, affidavit, arrest warrant, and any other sealed document for purposes of executing the arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this ___ day of March, 2023.

_____
THE HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

cc: Andrea Savdie, U.S. Department of Justice Trial Attorney