UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-MJ-8140-BER

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Victor VAN Vickery
    Defendant.

COMES NOW __Joshua D. Rydell ESQ__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Joshua D. Rydell

Counsel's Signature: _____

Address (include City/State/Zip Code):
111 SW 6th Street
Fort Lauderdale, FL, 33301

Telephone: 954-779-1711     Florida Bar Number: 29372

Date: 3-13-2023