UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-mj-08140-BER

UNITED STATES OF AMERICA,

v.

VICTOR VAN VICKERY,

           Defendant.
_____/

## WAIVER OF RIGHT TO SPEEDY INDICTMENT AND CONSENT TO CONTINUANCE OF PRELIMINARY HEARING

      I, VICTOR VAN VICKERY, having been fully advised by my counsel of my right to a speedy Indictment pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161, *et. seq.*, and the United States Constitution, hereby agree to waive my right to be indicted within thirty days of the Complaint filed herein. I hereby waive my right to be indicted pursuant to the Speedy Trial Act through and including June 10, 2023.

      I further waive any and all rights pursuant to the United States Constitution, statutes, or rules, to a preliminary hearing for the period of time through and including June 2, 2023.

EXECUTED this 27 day of March, 2023.

_____        _____
Defendant        Counsel
Victor Vickery        Joshua D. Rydell
3-27-2023        3-27-2023