UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-mj-08140-BER

UNITED STATES OF AMERICA,

v.

VICTOR VAN VICKERY,

          **Defendant**.

_____/

**[PROPOSED] ORDER ON UNITED STATES'** *UNOPPOSED* **MOTION TO CONTINUE PRELIMINARY HEARING AND ARRAIGNMENT AND FOR DETERMINATION THAT THE "ENDS OF JUSTICE" WARRANT A TOLLING OF THE SPEEDY INDICTMENT DEADLINE**

THIS CAUSE comes before the Court on the United States' *Unopposed* Motion to Continue Preliminary Hearing and Arraignment and for Determination that the "Ends of Justice" Warrant a Tolling of the Speedy Indictment Deadline ("Motion"). For the reasons stated in the Motion—that is, to allow the parties additional time to negotiate a potential resolution of this matter and preserve prosecutorial, judicial, and public resources—the Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the parties' request to toll the speedy indictment clock up through and including June 10, 2023, outweigh the interests of the public and the defendant in charging the defendant by information or indictment within 30 days of his arrest, as required by 18 U.S.C. § 3161(b). The Court further finds that good cause exists under Fed. R. Crim. P. 5.1(d) to continue the Defendant's preliminary hearing and arraignment. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. The period from April 11, 2023 up through and including June 10, 2023 is excluded in computing the time within which an information or indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161.

2. The preliminary hearing and arraignment in this matter are hereby continued to June 2, 2023.

DONE AND ORDERED in West Palm Beach, Florida, this _____ day of March, 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE