UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-mj-08140-BER

UNITED STATES OF AMERICA,

v.

VICTOR VAN VICKERY,

          Defendant.
_____/

### WAIVER OF RIGHT TO SPEEDY INDICTMENT AND CONSENT TO CONTINUANCE OF PRELIMINARY HEARING

    I, VICTOR VAN VICKERY, having been fully advised by my counsel of my right to a speedy Indictment pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161, et seq, and the United States Constitution, hereby agree to waive my right to be indicted within thirty days of the Complaint filed herein. I hereby waive my right to be indicted pursuant to the Speedy Trial Act through and including July 10, 2023.

    I further waive any and all rights pursuant to the United States Constitution, statutes, or rules, to a preliminary hearing for the period of time through and including July 10, 2023.

EXECUTED this 30 day of May, 2023.

_____        _____
Defendant                                 Counsel

Page 2 of 2