UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-mj-08140-BER

**UNITED STATES OF AMERICA,**

v.

**VICTOR VAN VICKERY,**

        **Defendant**.

_____/

**[PROPOSED] ORDER ON *JOINT* MOTION TO CONTINUE ARRAIGNMENT
AND TO TOLL THE SPEEDY INDICTMENT DEADLINE**

THIS CAUSE comes before the Court on the parties' Joint Motion to Continue Arraignment and to Toll the Speedy Indictment Deadline ("Motion"). For the reasons stated in the Motion—that is, to allow the parties additional time to negotiate a potential resolution of this matter and preserve prosecutorial, judicial, and public resources—the Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the parties' request to toll the speedy indictment clock up through and including August 17th, 2023, outweigh the interests of the public and the defendant in charging the defendant by information or indictment within 30 days of his arrest, as required by 18 U.S.C. § 3161(b). The Court further finds that good cause exists to continue the Defendant's arraignment. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The period from July 27, 2023 up through and including August 17th, 2023 is excluded in computing the time within which an information or indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161. The arraignment in this matter is hereby continued to August 17th, 2023.

DONE AND ORDERED in West Palm Beach, Florida, this ____ day of July, 2023.

_____
RYON MCCABE
UNITED STATES MAGISTRATE JUDGE