AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23CR80140 |
| | ) | Rosenberg/Reinhart |
| Victor Van Vickery, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-18-2023

_____
*Defendant's signature*

_____ FL BAR #28372
*Signature of defendant's attorney*

Joshua D. Ruddell
*Printed name of defendant's attorney*

_____
*Judge's signature*

William Matthewman, U.S.M.J.
*Judge's printed name and title*

FILED BY SW D.C.

AUG 18 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.