UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80140-RLR

**UNITED STATES OF AMERICA,**

vs.

**VICTOR VAN VICKERY,**

      **Defendant.**
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Gabrielle Raemy Charest-Turken, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                          Respectfully submitted,

                                          **MARKENZY LAPOINTE**
                                          **UNITED STATES ATTORNEY**

By:   *s/ G. Raemy Charest-Turken*
        Gabrielle Raemy Charest-Turken
        Assistant United States Attorney
        Florida Bar No. 15939
        99 N.E. 4th Street, 7th Floor
        Miami, FL 33132-2111
        Telephone: (305) 961-9365
        E-mail: Gabrielle.Charest-Turken@usdoj.gov