CFN 20230290761
OR BK 34513 PG 983
RECORDED 8/23/2023 10:30 AM
Palm Beach County, Florida
Joseph Abruzzo, Clerk
Pgs: 983 - 983; (1pgs)

Case 9:23-cr-80140-RLR Document 26 Entered on FLSD Docket 08/18/2023 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80140-CR-ROSENBERG

UNITED STATES OF AMERICA

vs.

VICTOR VAN VICKERY,

Defendant.
_____/

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____ Deputy Clerk
Date 8-18

## NOTICE OF LIS PENDENS

GRANTEE(S): Victor V Vickery II, a single man.

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on August 14, 2023, the United States of America filed an Information in the United States District Court for the Southern District of Florida, charging the defendant with violation of health care fraud 18 U.S.C. § 1349. Pursuant to 18 U.S.C. § 982(a)(7), the United States of America may seek to forfeit the real property located at 2055 NW 9th Street, Delray Beach, Florida 33445, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Lot 15, RAINBERRY LAKE PHASE 2, according to the plat thereof, as recorded in Plat Book 37, Page 94 of the Public Records of Palm Beach County, Florida.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Gabrielle Raemy Charest-Turken*
Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
Assistant United States Attorney
E-mail: Gabrielle.Charest-Turken@usdoj.gov
99 N.E. 4th Street, Suite 700
Miami, Florida 33132
Phone: (305) 961-9365