UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:23-cr-80140-RLR

UNITED STATES OF AMERICA

                     Plaintiff,

v.

VICTOR VICKERY,
                     Defendant,
_____/

## **DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING AND DEADLINE DATES**

The Defendant, VICTOR VICKERY, by and through undersigned counsel, pursuant to Rule 12, Federal Rules of Criminal Procedure, in compliance with all local rules, and without objection by the prosecution, respectfully moves this Court to grant a continuance of the calendar call date herein and, as grounds therefore, states the following:

1. That, this matter is currently scheduled for a Sentencing on January 18th, 2024 at 11:00am.

2. This is the first time the matter has been set for a Sentencing.

3. The undersigned received the presentence investigation report on December 14th, 2023.

4. The objections to the pre-sentence investigation report is due on December 28th, 2023 and the undersigned is requesting an extension.

5. The undersigned is compiling documents that will provide mitigation to the court for sentencing.

6. The undersigned has pre-planned pre-paid vacations the end of December and first 2 weeks of January.

7. That, pursuant to Local Rule, undersigned counsel has discussed this matter with Andrea Savdie, Assistant United States Attorney, who advised that the prosecution has no objection to the relief sought herein.

8. This request is being made in good faith and not for the purpose of delay.

WHEREFORE Defendant respectfully prays this Honorable Court grant a continuance of the Calendar Call and set this matter in thirty (30) days.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk using CM/ECF and furnished to all parties of Record this 22nd day of December, 2023.

Respectfully Submitted,

The Law Offices of Joshua D. Rydell
Attorney for Defendant
111 SW 6th Street
Fort Lauderdale, Florida 33301
Phone (954) 779-1711
Fax (954) 779-1714
Email jr@jrydell.com

By:/s/ Joshua D. Rydell
Joshua D. Rydell
Florida Bar No: 28372