UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:23-cr-80140-RLR

UNITED STATES OF AMERICA

                              Plaintiff,

v.

VICTOR VICKERY,

                              Defendant,
_____/

## **DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

The Defendant, VICTOR VICKERY, by and through undersigned counsel, pursuant to Rule 12, Federal Rules of Criminal Procedure, in compliance with all local rules, and without objection by the prosecution, respectfully moves this Court to grant a continuance of the Sentencing date herein and, as grounds therefore, states the following:

1. That, this matter is currently scheduled for a Sentencing on February 8th, 2024 at 2:00pm.

2. This is the second time the matter has been set for a Sentencing.

3. The undersigned received the presentence investigation report on December 14th, 2023.

4. The undersigned is compiling documents that will provide mitigation to the court for sentencing.

5. The undersigned is requesting a date at the end of March 2024.

6. That, pursuant to Local Rule, undersigned counsel has discussed this matter with Andrea Savdie, Assistant United States Attorney, who advised that the prosecution has no objection to the relief sought herein.

7. This request is being made in good faith and not for the purpose of delay.

WHEREFORE Defendant respectfully prays this Honorable Court grant a continuance of the Sentencing.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk using CM/ECF and furnished to all parties of Record this 25th day of January, 2024.

Respectfully Submitted,

The Law Offices of Joshua D. Rydell
Attorney for Defendant
111 SW 6th Street
Fort Lauderdale, Florida 33301
Phone  (954) 779-1711
Fax     (954) 779-1714
Email   jr@jrydell.com

 By:/s/ Joshua D. Rydell
 Joshua D. Rydell
 Florida Bar No: 28372