UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80140-RLR

UNITED STATES OF AMERICA,

v.

VICTOR VAN VICKERY,

        **Defendant**.

_____/

## UNOPPOSED MOTION TO UNSEAL PLEA AGREEMENT, FACTUAL BASIS, AND CHANGE OF PLEA HEARING

The United States of America, by and through undersigned counsel, hereby moves for an order from the Court to unseal the Defendant's plea agreement, factual basis, and change of plea proceedings. At the time of the Defendant's change of plea hearing, the Government and the Defendant requested that the Court seal these materials because there was a risk that publicly filing these materials could jeopardize the Defendant's cooperation in an ongoing matter. The Government has determined that this risk is no longer present and therefore requests that the Court unseal the documents. The Government has conferred with counsel for the Defendant, who has no objection to this motion.

(Continued on next page.)

Dated: February 7, 2024

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

        GLENN S. LEON
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Andrea Savdie*
        ANDREA SAVDIE
        Trial Attorney
        FL Special Bar No. A5502799
        U.S. Department of Justice
        Criminal Division, Fraud Section
        12020 Miramar Parkway
        Miramar, Florida 33025
        Phone: (202) 262-6453
        Andrea.Savdie@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 7, 2024, I electronically filed the foregoing document onto the Court's CM/ECF system.

        */s/ Andrea Savdie*
        Trial Attorney
        U.S. Department of Justice