UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80140-RLR

UNITED STATES OF AMERICA,

v.

VICTOR VAN VICKERY,

         **Defendant**.

_____/

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO UNSEAL PLEA AGREEMENT, FACTUAL BASIS, AND CHANGE OF PLEA HEARING**

THIS CAUSE comes before the Court upon the United States' Unopposed Motion to Unseal Plea Agreement, Factual Basis, and Change of Plea Hearing. Having reviewed the motion, and being otherwise fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The plea agreement, factual basis, and change of plea hearing [ECF Nos. ___, ___, and ___] shall be unsealed.

**DONE AND ORDERED** this _____ day of _____, 2024, in West Palm Beach, Florida.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record