UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80140-ROSENBERG

UNITED STATES OF AMERICA

v.

VICTOR VAN VICKERY,

Defendant.

## DECLARATION OF SPECIAL AGENT KRISTIN BAILEY
## IN SUPPORT OF FORFEITURE OF DIRECT PROCEEDS AND SUBSTITUTE ASSETS

I, Special Agent Kristin Bailey, under penalty of perjury, declare:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed in this capacity since March 2011. I am currently assigned to a squad of the Palm Beach Resident Agency of the Miami Division that investigates a wide variety of federal crimes, including health care fraud. I have received training from the FBI on matters related to health care fraud investigations and have attended multiple conferences and seminars on conducting health care fraud investigations.

2. The information contained in this declaration is based upon my personal knowledge and my review of documents and records gathered during the course of this investigation, as well as information obtained, directly or indirectly, from other sources and agents, including information provided to me by other agents who are involved in the investigation. I make this sworn declaration in support of the United States' Motion for Order of Direct Proceeds and Substitute

1

Assets. Because this declaration is being submitted for a limited purpose, it does not include all of the facts that I have learned during the course of the investigation.

3. Law enforcement has reviewed financial records for TB Interests LLC, the Defendant, and Coconspirators. Based on a review of those records, law enforcement determined that TB Interests LLC obtained proceeds and payments from numerous sources including Medicare, other DME suppliers, pharmacies, including GoLiveWell Pharmacy, and marketers.

4. Law enforcement reviewed financial records for the Defendant and determined that in June 2019, the Defendant purchased real property located at 2055 NW 9th Street, Delray Beach, Florida 33445 (the "Delray Beach Property"). In total, the Defendant paid $126,492.33 at closing for the Delray Beach Property.

5. The wire transfer to purchase the Delray Beach Property was drawn off the Defendant's Regions Bank account ending in 2424 (Regions 2424). Between approximately January 1, 2019, and approximately June 21, 2019, TB Interests LLC's Regions Bank account ending in 5194 (Regions 5194) received deposits of approximately $299,840.13 in criminal proceeds from GoLiveWell Pharmacy. During that same time, Regions 5194 transferred at least $78,600 of those proceeds from GoLiveWell Pharmacy to Regions 2424.

6. The funds that Defendant wired from Regions 2424 to the title company to purchase the Delray Beach Property included at least $54,626.93 traced using the lowest intermediate balance rule to criminal proceeds from GoLiveWell Pharmacy deposited in Regions 5194 and transferred to Regions 2424.

7. In the course of the investigation law enforcement reviewed financial records for dozens of accounts, queried available databases, and conducted due diligence to locate forfeitable property traceable to the count of conviction in this case. In particular, law enforcement

determined that Regions 5194 regularly transferred funds to Manila, Philippines, Co-Conspirators, other accounts, to third parties, and spent from the account.

8.  After investigating the Defendant's assets, it is the conclusion of the declarant that due to the Defendant's acts or omissions, directly forfeitable property beyond that traced to the purchase of the Delray Beach property either cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; or has been placed beyond the jurisdiction of the court.

Dated on _____February 7_____, 2024, in West Palm Beach, Florida

_____
Special Agent Kristin Bailey
Federal Bureau of Investigation