February 11, 2024

RE: Victor Van Vickery

TO: Hon. Judge Rosenberg

I sit here this morning with a heavy heart as any mother would have when confronted with the enormity of what the government has charged my son with. Today is the first time I have actually read the indictment and I was devastated. I realize that my hopes and dreams for him will be forever changed by this event.

His early childhood was almost idyllic as we had a good lifestyle, an in-tact blended family with two committed parents, both with advanced degrees and professional jobs and a hands-on parenting style. We raised our children with love and helped them achieve a sense of independence, supporting them with solid values. Victor was a handful, full of excess energy and surprises. In school he fell into the gifted category in testing, but often failed to perform. Where he excelled was in athletics as he was naturally gifted in all sports. He seemed destined for great things with his radiant "star quality".

When Victor's addiction to opioids became apparent in his early 20's, and his life spun out of control, he became a stranger to us, although we never lost sight of the "real" Victor. He successfully completed many treatment programs and did time in different county jails for drug related offenses, each time he seemed to come out changed. But the exposure to trauma, death and the addict lifestyle took its toll. Those were the years when the country experienced massive increases in overdoses caused by pain killers recklessly being prescribed by doctors and pain clinics. As many we knew personally, and in Family Anonymous groups, lost their loved ones and several of Victor's closest friends died, we counted ourselves among the lucky ones.

Ten years after he started his college career, Victor finally graduated with a degree in Business and Marketing and we were thrilled. Our son who had been so lost found purpose and satisfaction in a job with a local company that specialized in lead generation. He utilized his charm and intellect along with the coursework he

learned in college to begin his career and became one of the top producers. We celebrated his sobriety as he embraced the recovery community and became a successful, self-supporting, hardworking business man and a respected friend to many who have walked the same path.

Over the last several months, it has become evident that the stress from my son's pending legal matters has created mounting anxiety and fear such that he has resorted to some self-medication. Above all else, I fear that he will fall back into full-blown addiction, or worse succumb to an accidental overdose. He has an extremely strong constitution, but his mental health status is unravelling, so I will implore the court to offer him treatment for SUD and counseling for anxiety. He continues to have the loving support of his family, his girlfriend and many friends and people in the community. I ask only that his sentence reflect the minor role of his involvement and he be allowed to provide restitution in a community setting.

When he is the best version of himself, Victor is a loving, caring, hardworking man with a creative spirit and a passion for plants, the outdoors, watersports and volunteerism. He has spent years working with other less fortunate men in recovery, offering them a hand up and teaching them vital life skills. My husband and I rely on his regular visits and depend on his steadfast support. He has a beautiful daughter who is also dependent on him for love, financial support and fatherly lessons. His actions are not always perfect, but he is gifted with massive potential for success in business and service to others. Serving time in prison would squash that potential and deny a young child her father and a dying father his son. Please give him a chance to prove himself.

Respectfully Yours,

Lisa Vickery

February 11, 2024

To The Honorable Judge Rosenberg:

I am the father of Victor Vickery and I am asking you for leniency and mercy as you contemplate his sentence. He is the third of four children of mine and the only child that lives near his mother and me. I depend on him for many things since my illness has taken away all of my strength and the treatment has affected my memory. It would be a crisis of the greatest proportion if my son would have to be away from us and incarcerated for any length of time. In fact, I doubt I could physically survive that shock.

Victor has not always been an easy child to raise, but he is one of my sweetest children. He was a talented athlete in his younger days and a fair student. My wife and I did the best we could in raising him and certainly tried to teach him wrong from right. His use of drugs and finding unwholesome friends has brought us so much pain and worry and frustration and, of course, we attempted many times to get him professional help for his disease. I loved him throughout, because I always could see the goodness shining through him.

My son has tried hard to make up for the aggravation he has caused by being a dutiful and loving son. He cuts my hair, he brings me subs, he drives me to the doctor's and at least once, literally saved my life. He also does all the heavy lifting, home repairs, landscaping and Christmas decorating around our house and, for that matter, anything else we ask of him. He is not perfect, but I would not trade my son for others I've known and I believe in his capacity to change his way of thinking and live a peaceful and law-abiding life. His intellect and his goodwill towards others is well documented and he does have the ability to harness those energies and talents for the good of the community. He has been a mentor to so many lost souls, but hasn't taken the time to truly understand himself.

Please give my son the opportunity to live a life without a severe prison penalty, where no good will be served. I need him here and I will not survive without him.

With Deepest Respect,

Charles Vickery

To Whom it May Concern:

I am the owner of Stepping Stones Recovery, Inc. in Boynton Beach. I have known Victor Vickery for over eleven years through our work together in the recovery community. During that time, he has served as a consistent mentor for men who are struggling to regain their lives and their self-worth and has volunteered weekly to support them through training, education, work and being a good listener. He has brought many men to church and given them hope and counsel.

His biggest contribution to uplifting these men's lives is by teaching them to have a good work ethic through his own example. Working along-side them he initiates and helps them complete projects big and small, from landscaping and gardening to construction and demolition. He has made some very important introductions to business owners and helped them get stable employment.

Victor is an extremely reliable person and an excellent teacher who has much to offer. In addition to work skills, he assists them with credit building, health and fitness goals, and filing paper work to get them food stamps and social security. On occasion he has provided food and clothing for them, written resumes, practiced interviewing skills, caught them up to date on taxes, and driven them to doctor's appointments.

Stepping Stones is extremely grateful for all the things that Victor has offered and continues to offer the community.

Sincerely,

Scott Tompkins
Owner/Operator
Stepping Stones Recovery, Inc.



Dear Judge Rosenberg,

My name is Paola Zambony, and I live at 2703 Peer Lane, Delray Beach, Florida 33445.

I am an entrepreneur and small business owner.

I am writing this in aid of Victor Vickery, whom I have known since circa 2005.

What can I say about him?

Yes, he has made mistakes in his life, but he is a great human being. He has a good heart, and I love him dearly. There has never been a time where he has not taken time to help me, whether it was to help me move or just to ask a question. He is always willing to help, and he is like that with everyone and sometimes way too trusting of people.

When his father fell ill with cancer, he immediately stepped up to the plate. He was strong, kind, and loving to his dad, helped his mom, and was just overall amazing.

He is a great dad to his girlfriend Dana's daughter; she loves him, and it is mutual. She has special needs, and it is very touching to see his love, strength, and kindness towards her.

He is kind and respectful to me and my family, always ready for a hug. He is a really good guy and wants to improve his life—his mind, body, and spirit—and take care of his family.

*Paola Zambony*
*CEO/Zambony Couture LLC*
*zambonycouture@gmail.com*

Travis Benfaida

Benfaida@legacyhealing.com

561-706-7205

February 13, 2024

To Whom It May Concern,

I am writing this character letter to express my utmost admiration and respect for Victor Vickery. I have had the pleasure of knowing Victor for the past twenty-five years, and I can confidently say that he is an individual of outstanding character and integrity.

Throughout our friendship, I have witnessed Victor consistently display the highest moral values and ethical standards. He possesses an unwavering commitment to honesty, fairness, and doing what is right. Victor is a person of strong principles, and he approaches every situation with integrity and a sense of responsibility.

One of Victor's most remarkable qualities is his kindness and empathy towards others. He genuinely cares about the well-being and happiness of those around him. He is always willing to lend a helping hand, offering support and guidance whenever needed. Victor's compassionate nature is evident in his interactions with colleagues, friends, and even strangers. He goes out of his way to make others feel valued and appreciated. Victor employs young men who are early on in their recovery journey (from drugs and alcohol), giving them an opportunity to get back on their feet and receive advice and mentorship along the way.

In addition to his outstanding character, Victor is an incredibly hardworking and dedicated individual. He approaches every task with a sense of determination and perseverance. His commitment to excellence is unwavering, and he consistently exceeds expectations. Victor's strong work ethic and attention to detail have been instrumental in his professional success.

Victor is a natural leader who leads by example. He inspires and motivates others through his positive attitude and genuine desire to see those around him succeed. He is a great listener and

communicator, always willing to listen to different perspectives and provide constructive feedback. Victor's ability to build strong and collaborative relationships has made him a trusted confidant and mentor to many.

I have no doubts that Victor Vickery will continue to make a positive impact in the community he has called home his entire life. His exceptional character, strong work ethic, and leadership qualities make him an invaluable asset to the community around him.

If you need more information or have specific questions about Victor's character, please contact me. I am more than happy to provide additional insight.

Thank you for considering my endorsement of Victor Vickery.

Sincerely,

Travis Benfaida

To whom it may concern, my name is Delphine Bailey. I am an ordained minister of Next Level Faith Center in Miami. I met Victor through his girlfriend Dana, about 5 years ago. I invited him to my church and he has visited several times. Victor is a very caring, loving person, He will give you the shirt off his back. He is always there to give a helping hand, he also loves to give back to the church he attends. I pray that whoever reads this letter will have compassion for him, He is a father to a young daughter who needs him. In life we make mistakes, none of us are perfect. We only can strive each day for perfection. I pray that he will learn from this ordeal and continue to walk into greatness.

Blessings Always,
Delphine Bailey

02/11/2024

Andrea Pessoa

5054 SW 124TH Ave Apt 7-210

Miramar Florida 33027

RE: Victor Vickery

To whom it may concern:

This is to confirm that I have known Victor since 2019 and I have watched him conduct himself in a very respectful manner. He is kind, dependable, loving, helpful and punctual. Victor helps in the home and loves to work outdoors doing things such as cutting the grass, planting different trees and flowers. Staying active is something he enjoys, playing pickle ball and table tennis on the weekends. He helps my granddaughter with her homework and is also helping with her growth and development.

Sincerely,

Andrea Pessoa

02/11/2024

Paul Pessoa

5054 SW 124TH Ave Apt 7-210

Miramar Florida 33027

RE: Victor Vicory

To whom it may concern:

This is to confirm that i have known Victor since 2019 and i have watched him conduct himself in a very respectful manner. He is always to lend a helping hand and he is also a giver of his time and his

Resources. Someone who is very out going , adventurous and loves to play pickle ball. On many occasions he has engaged me in a very competitive game of table tennis. Overall i can surely say he is

An individual who is well rounded.

Sincerely,

Paul Pessoa

Andre Pesson
5054 Sw 124TH Ave
APT 7/210

RE: Victor Vickery

To whom it may concern, I've known Victor for 5 years now. He has been a great help to my sister Dana, and our family. He's built an awesome bond with my neice alayna. He has also been like a brother to me. He's been very kind and has given me great advice to advance myself in my career. He is an understanding man in the community, and is always trying to help others in any way he can.

Sincerely, Andre Pesson