UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:23-cr-80140-RLR

UNITED STATES OF AMERICA

                Plaintiff,

v.

VICTOR VICKERY,

                Defendant,

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING AND DEADLINE DATES

The Defendant, VICTOR VICKERY, by and through undersigned counsel, pursuant to Rule 12, Federal Rules of Criminal Procedure, in compliance with all local rules, and without objection by the prosecution, respectfully moves this Court to grant a continuance of the calendar call date herein and, as grounds therefore, states the following:

1. That, this matter is currently scheduled for a Sentencing on February 23rd, 2024 at 3:00pm.

2. This is the third time the matter has been set for a Sentencing.

3. The undersigned advised the court on February 9th, 2024 when the matter was rolled over to February 23rd, that the undersigned was scheduled to report to jury duty on February 20th, 2024.

4. The undersigned was selected to serve and has formally been sworn in as a Juror in the 17th Judicial Circuit.

5. The undersigned will be serving the remainder of the week as a Juror.

6. The undersigned was advised the trial will conclude by weeks end.

7. Based on the aforementioned, the undersigned wanted to advise the Court, The Government, and United States Probation of the conflict immediately.

8. The undersigned has filed all sentencing memorandums, objections, and other mitigating documents in the matter and no other documents will be filed.

9. The undersigned is requesting to reset the sentencing based on the undersigned's Jury Service at the Courts convenience.

10. The undersigned has pre-planned pre-paid vacation for spring break from March 4th 2024 to March 8th, 2024.

11. That, pursuant to Local Rule, undersigned counsel has discussed this matter with Andrea Savdie, Assistant United States Attorney, who advised that the prosecution has no objection to the relief sought herein.

12. This request is being made in good faith and not for the purpose of delay.

WHEREFORE Defendant respectfully prays this Honorable Court grant a continuance of the Calendar Call and set this matter in thirty (30) days or whenever the Court has availability.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk using CM/ECF and furnished to all parties of Record this 21st day of February, 2024.

Respectfully Submitted,

The Law Offices of Joshua D. Rydell
Attorney for Defendant
111 SW 6th Street
Fort Lauderdale, Florida 33301
Phone  (954) 779-1711
Fax     (954) 779-1714
Email  jr@jrydell.com

 By:/s/ Joshua D. Rydell
 Joshua D. Rydell
 Florida Bar No: 28372