| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See *"Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| United States of America | **RECEIVED** | 23-CR-80140-ROSENBERG |
| DEFENDANT | *By U.S. Marshals Service S/FL - Asset Forfeiture at 9:41 am, Feb 28, 2024* | TYPE OF PROCESS |
| Victor Van Vickery | | Preliminary Order of Forfeiture |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
One Parcel of Real Estate

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Real property at 2055 NW 9th Street, Delray Beach, FL 33445

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| G. Raemy Charest-Turken, AUSA<br>U.S. Attorney's Office<br>99 NE 4th Street, Suite 700<br>Miami, FL 33132 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Agency #  209A-MM-3356185
CATS# 23-FBI-008986

PLEASE POST PROPERTY

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Gabrielle Raemy Charest-Turken* | | (305) 961-9365 | 2/22/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 04 | No. C 04 | *Priscilla Rios* | 02/28/2024 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 3/6/24 | 1200 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | *Chaves #7729* | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
3/6/24 - Property was posted.

FILED BY *MEE* D.C.

MAR 07 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

29 FEB 2024 PM03:49
USM S/FL:WST PLM BCH – C04

Form USM-285
Rev. 03/21