**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 23-CR-80140-ROSENBERG |
| DEFENDANT | TYPE OF PROCESS |
| Victor Van Vickery | Preliminary Order of Forfeiture |

**RECEIVED** By U.S. Marshals Service S/FL - Asset Forfeiture at 9:41 am, Feb 28, 2024

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
One Parcel of Real Estate

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Real property at 2055 NW 9th Street, Delray Beach, FL 33445

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

G. Raemy Charest-Turken, AUSA
U.S. Attorney's Office
99 NE 4th Street, Suite 700
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Agency #  209A-MM-3356185
CATS# 23-FBI-008986

PLEASE POST PROPERTY

FILED BY _____ D.C.
MAR 25 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*Gabrielle Raemy Charest-Turken*

TELEPHONE NUMBER: (305) 961-9365
DATE: 2/22/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 04 | No. 04 | *Priscilla Rios* | 02/28/2024 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 3/6/24    Time: 1200 [X] pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy: *Chavez #2729*

Costs shown on attached USMS Cost Sheet >>

REMARKS
3/6/24 - Property was posted.

29 FEB 2024 PM03:45
USM S/FL WST PLM BCH - C04

Form USM-285
Rev. 03/21