UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80140-ROSENBERG

UNITED STATES OF AMERICA

v.

VICTOR VAN VICKERY,

      Defendant.

_____

**DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture in the above-captioned case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days. *See* Attachment 1.

                                              Respectfully submitted,

                                              MARKENZY LAPOINTE
                                              UNITED STATES ATTORNEY

BY:    *s/G. Raemy Charest-Turken*
           Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
           Assistant United States Attorney
           E-mail: Gabrielle.Charest-Turken@usdoj.gov
           99 N.E. 4th Street, Suite 700
           Miami, Florida 33132
           Phone: (305) 961-9365