UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80140-RLR

**UNITED STATES OF AMERICA,**

v.

**VICTOR VAN VICKERY,**

        **Defendant.**
_____/

## JOINT MOTION TO CONTINUE REPORT DATE

The United States of America, by and through undersigned counsel, and Defendant Victor Van Vickery jointly move to continue the date on which the Defendant shall report to commence serving his sentence until April 7, 2025, for the reasons set forth below.

1. On February 29, 2024, the Defendant was sentenced to a term of eighty-seven (87) months incarceration and was ordered to report to begin serving his sentence on or before July 12, 2024. The Defendant currently remains at liberty on a $500,000 personal surety bond with a 10% cash deposit, as well as active GPS monitoring.

2. As part of his plea agreement, the Defendant has been cooperating with the Government in various matters and is expected to be called as a witness is the case of *United States v. Robert Leon Smith, III*, 23-cr-80211-KAM. The trial is scheduled to commence on March 24, 2025.

3. To facilitate the Defendant's ongoing cooperation and preparation for the trial, the parties jointly request that his report date be extended to April 7, 2025.

4. Defense counsel, Joshua Rydell, has authorized the undersigned to file this joint motion.

Dated: July 5, 2024

                                          Respectfully submitted,

                                          MARKENZY LAPOINTE
                                          UNITED STATES ATTORNEY

                                          GLENN S. LEON
                                          U.S. DEPARTMENT OF JUSTICE
                                          CRIMINAL DIVISION, FRAUD SECTION

By:    */s/ Andrea Savdie*
                                          ANDREA SAVDIE
                                          Trial Attorney
                                          FL Special Bar No. A5502799
                                          U.S. Department of Justice
                                          Criminal Division, Fraud Section
                                          1400 New York Avenue, NW
                                          Washington, D.C. 20005
                                          Phone: (202) 262-6453
                                          Andrea.Savdie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2024, I served and filed the foregoing document with the Clerk of the Court via CM/ECF.

By:  /s/ Andrea Savdie
Andrea Savdie
Trial Attorney
U.S. Department of Justice