UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80140-RLR

UNITED STATES OF AMERICA,

v.

VICTOR VAN VICKERY,

        Defendant.

_____/

**[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE REPORT DATE**

THIS CAUSE comes before the Court upon the parties' Joint Motion to Continue Report Date, filed on July 5, 2024 (the "Motion"). Having considered the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The Defendant shall surrender to the United States Mashal for this district by April 7, 2025, to begin serving his sentence.

**DONE AND ORDERED** this_____day of July, 2024, at West Palm Beach, Florida.

                                                _____
                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record