UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80140-RLR

UNITED STATES OF AMERICA

v.

VICTOR VAN VICKERY,

      **Defendant**.

_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.1(g), undersigned counsel hereby files this Notice of Change of Address. Undersigned counsel's new address is:

United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, D.C. 20005

Dated: July 11, 2024            Respectfully submitted,

                                             */s/ Andrea Savdie*
                                             Andrea Savdie
                                             TRIAL ATTORNEY
                                             Florida Special Bar No. A5502799
                                             United States Department of Justice
                                             Criminal Division, Fraud Section
                                             1400 New York Avenue, NW
                                             Washington, D.C. 20005
                                             Tel: (202) 262-6453
                                             Andrea.Savdie@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I, Andrea Savdie, hereby certify that on July 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

|  |  |
|---|---|
| By: | /s/ *Andrea Savdie* |
|  | Andrea Savdie |
|  | TRIAL ATTORNEY |
|  | Florida Special Bar No. A5502799 |
|  | United States Department of Justice |
|  | Criminal Division, Fraud Section |
|  | 1400 New York Avenue, NW |
|  | Washington, D.C. 20005 |
|  | Tel: (202) 262-6453 |
|  | Andrea.Savdie@usdoj.gov |