AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Florida |

USA

V.

Victor Vickery

**EXHIBIT AND WITNESS LIST**

Case Number: 9:23-cr-80140 Rosenberg

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Rosenberg | Andrea Savdie | Joshua Rydell |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Show Cause Hearing  1/16/2025 | Pauline Stipes | Melanie Richardson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 1/16/2025 | yes | yes | Letter from Legacy Healing Center |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages



**Victor Vickery**
Dated: 01/15/2025

To Whom It May Concern,

I am writing this letter to inform you that Mr. Victor Vickery has been accepted into Legacy Healing Center, LLC for dual diagnosis treatment at the partial hospitalization level of care.

Mr. Vickery will be enrolled in our substance use treatment program, which offers weekly individual sessions with his primary therapist and active participation in group sessions throughout the day. Our program is designed to provide comprehensive support and care to individuals dealing with mental health and substance use challenges.

Legacy Healing and Treatment, LLC is located in Fort Lauderdale, Florida and is a dual diagnosis treatment center that holds accreditation with the Department of Children and Family Services as well as the Joint Commission National Quality Approval. Our dedicated team of professionals is committed to providing high quality and evidence-based care to our patients. We understand that each individual's treatment needs may vary, and we are fully prepared to accommodate any stipulations or requirements regarding Mr. Vickery's attendance in the program.

Should you require any further information or assistance, please do not hesitate to reach out to me at (561) 264-6039. I am more than happy to assist you in any way I can.

Regards,

*Michele Polidoro*

Michele Polidoro
Director of Admissions
polidoro@legacyhealing.com
(c) (561)-860-2630
(o) (561) 264-6039