UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | Case No. 23-CR-80140-RLR |
|---|---|
| v. | |
| VICTOR VAN VICKERY | |

### NOTICE OF APPEARANCE FOR THE UNITED STATES OF AMERICA

The United States of America, by and through the Attorney for the United States, and the undersigned Trial Attorney in the Fraud Section of the Criminal Division of the United States Department of Justice, hereby gives notice of the undersigned's appearance on behalf of the United States as counsel in this matter.

Dated: March 19, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:   /s/ Owen Dunn
Owen Dunn
Trial Attorney
Florida Special Bar #A5503217
U.S. Department of Justice
Criminal Division, Fraud Section
(202) 993-4824
ralf.owen.dunn@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 19, 2025, I electronically filed this Notice of Appearance with the Clerk of Court for the United States District Court, Southern District of Florida using the CM/ECF system.

*/s/ Owen Dunn*
Owen Dunn