**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80140-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**,

v.

**VICTOR VAN VICKERY**,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe on Defendant's Motion for Disbursement of Bond [ECF No. 80]. The United States does not oppose Defendant's Motion [ECF No. 80 p. 2], and no objections to the Report have been filed. Following such review, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 80] is **ACCEPTED**.

2. Defendant's Motion for Disbursement of Bond [ECF Nos. 71] is **GRANTED**.

3. The Clerk is directed to return the Defendant's case bail in the amount of $50,000.00, plus any accrued interest, to Lisa T. Vickery, which she paid into the court registry for her husband's pretrial release bond.

**ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of October 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record